**Order entered January 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00020-CR

**STEPHEN LEN HEJNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1258342**

## ORDER

We **GRANT** Official Court Reporter Joseph E. Phillips's January 10, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due on **February 7, 2013**.

/s/    LANA MYERS
          JUSTICE